JOHN DWYER, Respondent, *v.* ABRAHAM B. CONGER, Appellant.

(Argued September 24, 1874; decided January term, 1875.)

THE principal questions in this case were upon exceptions to findings of fact. It was *held*, that there was sufficient evidence to sustain the findings.

*James A. Seaman* for the appellant.

*Amasa J. Parker* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.